1  COLIN A. YUHL (SBN 259196)
   **YUHL CARR LLP**
2  4676 Admiralty Way, Suite 550
3  Marina Del Rey, CA 90292
   Tel.: (310) 827-2800
4  Fax: (310) 827-4200

5  DOUGLAS H. WIGDOR (NY SBN 2609469)
6  DAVID E. GOTTLIEB (NY SBN 4415568)
   JEANNE M. CHRISTENSEN (NY SBN 2622124)
7  ELIZABETH J. CHEN (NY SBN 5126214)
   (Admitted *pro hac vice*)
8  **WIGDOR LLP**
9  85 Fifth Avenue
   New York, NY 10003
10 Tel.: (212) 257-6800
   Fax: (212) 257-6845
11

12 Attorneys for Plaintiffs,
   **HYEJIN LEE, RUIQI YE, YOLIN HAN**
13

                     UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA

15
   HYEJIN LEE, RUIQI YE and YOLIN        Case No.: 3:14-cv-05237(EMC)
16 HAN, individually and on behalf of all
   other similarly-situated individuals,
17            Plaintiffs,
18
         v.
19
   SEPHORA USA, INC. and LVMH MOET
20 HENNESSY LOUIS VUITTON, INC.,
            Defendants.
21
22
                  **STIPULATION AND PROPOSED ORDER**
23
24 It is hereby stipulated, by and between Plaintiffs Hyejin Lee, Ruiqi Ye and Yolin Han and
25 Defendants Sephora USA, Inc. ("Sephora") and LVMH Moet Hennessy Louis Vuitton, Inc.
26 ("LVMH") that:
27
28

---

*Lee et al. v. Sephora USA, Inc., et al.*        1        *Stipulation and Proposed Order*
                                                           Case No. 3:14-cv-05237-EMC

1. Plaintiffs' deadline to serve papers in opposition to Defendant LVMH's Motion to Dismiss is extended from February 17, 2015 to March 17, 2015;

2. Defendant LVMH's deadline to serve reply papers in connection with its Motion to Dismiss is therefore extended from February 24, 2015 to March 24, 2015;

3. The initial case management conference is continued from April 23, 2015 to April 30, 2015; May 7, 2015; or another date amenable to the Court; and

4. The parties respectfully request that the Court continue the motion hearing on Defendant LVMH's Motion to Dismiss from March 26, 2015 to the date on which the initial case management conference is continued.

Dated: February 13, 2015
San Francisco, CA

Respectfully submitted,

YUHL CARR LLP

By: __/s/ Colin A. Yuhl__
Colin A. Yuhl

4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Telephone: (310) 827-2800
Facsimile: (310) 827-4200
cyuhl@yuhlcarr.com

WIGDOR LLP

By: _____
Douglas H. Wigdor
David E. Gottlieb
Jeanne M. Christensen
Elizabeth J. Chen

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800

Facsimile: (212) 257-6845
dwigdor@wigdorlaw.com
dgottlieb@wigdorlaw.com
jchristensen@wigdorlaw.com
echen@wigdorlaw.com

*Counsel for Plaintiffs*


BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG LLP


By: _____
    Robert E. Shapiro
    Shermin Kruse
    Krista N. Nelson

200 W. Madison Street, Suite 3900
Chicago, IL 60606
Telephone: (312) 984-3100
Facsimile: (312) 984-3150
rob.shapiro@bfkn.com
shermin.kruse@bfkn.com
krista.nelson@bfkn.com


ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Andrew R. Livingston
    Andrew R. Livingston
    Kathryn G. Mantoan

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
alivingston@orrick.com
kmantoan@orrick.com

*Counsel for Defendants*

---

*Lee et al. v. Sephora USA, Inc., et al.*     3     *Stipulation and Proposed Order*
Case No. 3:14-cv-05237-EMC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYEJIN LEE, RUIQI YE and YOLIN HAN, individually and on behalf of all other similarly-situated individuals,<br>      Plaintiffs,<br><br>v.<br><br>SEPHORA USA, INC. and LVMH MOET HENNESSY LOUIS VUITTON, INC.,<br>      Defendants. | Case No.: 3:14-cv-05237(EMC)<br><br>[~~PRO~~POSED] ORDER |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline for Plaintiffs to serve papers in opposition to Defendant LVMH Moet Hennessy Louis Vuitton, Inc.'s Motion to Dismiss in this matter is extended from February 17, 2015 to March 17, 2015.

**IT IS FURTHER ORDERED** that the deadline for Defendant LVMH Moet Hennessy Louis Vuitton, Inc. to serve reply papers in connection with its Motion to Dismiss is therefore extended from February 24, 2015 to March 24, 2015.

**IT IS FURTHER ORDERED** that the initial case management conference is continued from April 23, 2015 to ____May 7____, 2015. at 1:30 p.m.

**IT IS FURTHER ORDERED** that the motion hearing on Defendant LVMH's Motion to Dismiss be continued from March 26, 2015 to ____May 7____, 2015. at 1:30 p.m.  CMC statement due April 30, 2015.

Date: February 20, 2015

_____
Hon. Edward M. Chen
United States District Court Judge
Northern District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

*Lee et al. v. Sephora USA, Inc., et al.*                    *Stipulation and Proposed Order*
                                                                                  Case No. 3:14-cv-05237-EMC