ERIC F. YUHL (SBN 102051)
COLIN A. YUHL (SBN 259196)
**YUHL CARR LLP**
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Tel.: (310) 827-2800
Fax: (310) 827-4200

DOUGLAS H. WIGDOR (NY SBN 2609469)
DAVID E. GOTTLIEB (NY SBN 4415568)
JEANNE M. CHRISTENSEN (NY SBN 2622124)
ELIZABETH J. CHEN (NY SBN 5126214)
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845

Attorneys for Plaintiffs,
**HYEJIN LEE, RUIQI YE, YOLIN HAN**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYEJIN LEE, RUIQI YE and YOLIN HAN, individually and on behalf of all other similarly-situated individuals, <br> Plaintiffs, <br><br> v. <br><br> SEPHORA USA, INC. and LVMH MOET HENNESSY LOUIS VUITTON, INC., <br> Defendants. | Case No.: 3:14-cv-05237(EMC) |

### STIPULATION AND PROPOSED ORDER DISMISSING DEFENDANT LVMH MOET HENNESSY LOUIS VUITTON, INC.

It is hereby stipulated, by and between Plaintiffs Hyejin Lee, Ruiqi Ye and Yolin Han and Defendants Sephora USA, Inc. ("Sephora") and LVMH Moet Hennessy Louis Vuitton, Inc. ("LVMH Inc."):

1.      The parties agree to the dismissal, without prejudice, of LVMH Inc. as a Defendant in this action.

2.      If LVMH Inc. is renamed as a party, this Stipulation shall be deemed null and void.  If LVMH Inc. is renamed as a party, however, LVMH Inc. retains all rights to bring an appropriate motion to dismiss, motion for summary judgment, and/or motion for sanctions, to the extent it determines such a motion is appropriate.

3.      Defendants agree that they will not make a motion for or otherwise seek costs, fees, sanctions or any other similar relief related to the naming of LVMH Inc. as a Defendant in the initial Complaint in this action. If LVMH Inc. is renamed as a party in a future pleading, however, LVMH Inc. retains all rights to bring an appropriate motion for sanctions against plaintiffs for renaming it, to the extent it determines such a motion is appropriate.

Dated: March 19, 2015
        San Francisco, CA

                          Respectfully submitted,

                          YUHL CARR LLP

                          By:  /s/ Colin A. Yuhl
                               Colin A. Yuhl
                               Eric F. Yuhl

                          4676 Admiralty Way, Suite 550
                          Marina Del Rey, CA 90292
                          Telephone: (310) 827-2800
                          Facsimile:  (310) 827-4200
                          cyuhl@yuhlcarr.com
                          eyuhl@yuhlcarr.com

*Lee et al. v. Sephora USA, Inc., et al.*                    *Stipulation and Proposed Order*
                                                             Case No. 3:14-cv-05237-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WIGDOR LLP


By:  /s/ Jeanne M. Christensen
        Douglas H. Wigdor
        David E. Gottlieb
        Jeanne M. Christensen
        Elizabeth J. Chen

85 Fifth Avenue
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:  (212) 257-6845
dwigdor@wigdorlaw.com
dgottlieb@wigdorlaw.com
jchristensen@wigdorlaw.com
echen@wigdorlaw.com

*Counsel for Plaintiffs*


BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG LLP


By:   /s/ Robert E. Shapiro
        Robert E. Shapiro
        Shermin Kruse
        Krista N. Nelson

200 W. Madison Street, Suite 3900
Chicago, IL 60606
Telephone:  (312) 984-3100
Facsimile:  (312) 984-3150
rob.shapiro@bfkn.com
shermin.kruse@bfkn.com
krista.nelson@bfkn.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORRICK, HERRINGTON & SUTCLIFFE
LLP


By:   /s/ Andrew R. Livingston
        Andrew R. Livingston
        Kathryn G. Mantoan

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759
alivingston@orrick.com
kmantoan@orrick.com


*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

1

2

3  HYEJIN LEE, RUIQI YE and YOLIN HAN, individually and on behalf of all other similarly-situated individuals,

4

5                    Plaintiffs,

6          v.

7  SEPHORA USA, INC. and LVMH MOET HENNESSY LOUIS VUITTON, INC.,

8                    Defendants.

Case No.: 3:14-cv-05237(EMC)

**[PROPOSED] ORDER**

9

10         **PURSUANT TO STIPULATION, IT IS SO ORDERED** that Defendant LVMH Moet

11

12  Hennessy Louis Vuitton, Inc. is dismissed as a defendant in this action without prejudice.

13  Date: March 23, 2015



14                                        _____
15                                        Hon. Edward M. Chen
                                          United States District Court Judge
16                                        Northern District

17

18

19

20

21

22

23

24

25

26

27

28

*Lee et al. v. Sephora USA, Inc., et al.*

*Stipulation and Proposed Order*
Case No. 3:14-cv-05237-EMC