DOUGLAS H. WIGDOR (NY STATE BAR NO. 2609469)
DAVID E. GOTTLIEB (NY STATE BAR NO. 4415568)
JEANNE M. CHRISTENSEN (NY STATE BAR NO. 2622124)
ELIZABETH J. CHEN (NY STATE BAR NO. 5126214)
(admitted *pro hac vice*)
WIGDOR LLP
85 Fifth Avenue
New York, NY 10003
Telephone: +1-212-257-6800
Facsimile: +1-212-257-6845

Attorneys for Plaintiffs

Additional counsel listed on following page

ROBERT E. SHAPIRO (IL STATE BAR NO. 03125180)
SHERMIN KRUSE (IL STATE BAR NO. 6277702)
KRISTA N. NELSON (IL STATE BAR NO. 6317651)
(admitted *pro hac vice*)
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, IL 60606
Telephone: +1-312-984-3100
Facsimile: +1-312-984-3150

Attorneys for Defendant

Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HYEJIN LEE, RUIQI YE and YOLIN HAN, individually and on behalf of all other similarly-situated individuals,

Plaintiffs,

v.

SEPHORA USA, INC.,

Defendant.

Case No. 3:14-cv-05237-EMC

**STIPULATION AND [PROPOSED] ORDER RE: MOTION FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF MEDIATION DEADLINE AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE (N.D. CAL. CIV. L.R. 7-11)**

**CLASS ACTION**

Additional counsel for Plaintiffs

COLIN YUHL (STATE BAR NO. 259196)
YUHL CARR LLP
4676 Admiralty Way, Suite 550
Marina Del Ray, CA 90292
Telephone: +1-310-827-2800
Facsimile: +1-310-827-4200

Additional counsel for Defendants

ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
KATHRYN G. MANTOAN (STATE BAR NO. 239649)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

**STIPULATION**

Plaintiffs Hyejin Lee, Ruiqi Ye, and Yolin Han and Defendant Sephora USA, Inc. hereby stipulate to an extension of the mediation deadline and a continuance of the upcoming case management conference in this matter, and submit that good cause exists for the Court to grant their requests below so that the parties can complete mediation. The parties submit this joint stipulation in support of the Stipulated Motion for Administrative Relief for Continuance of Case Management Conference filed herewith.

The parties are currently scheduled to participate in private mediation with Judge Edward A. Infante (Ret.) on October 29, 2015. Accordingly, the parties request that the Court extend the mediation deadline to October 30, 2015, and continue the further case management conference currently set for October 15, 2015 to November 19, 2015 at 10:30 a.m. in Courtroom 5, 17th Floor. The parties stipulate and agree that they will file an updated joint case management conference statement on or before November 12, 2015.

Respectfully submitted,

Dated: September 9, 2015

WIGDOR LLP

By: */s/ Elizabeth J. Chen (as authorized 9/9/15)*
ELIZABETH J. CHEN
Attorneys for Plaintiffs

Dated: September 9, 2015

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Andrew R. Livingston*
ANDREW R. LIVINGSTON
Attorneys for Defendant Sephora USA, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 11, 2015

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Edward M. Chen

H
U