UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| HYEJIN LEE, et al.<br><br>              Plaintiffs,<br>   v.<br><br>SEPHORA USA, INC.,<br><br>             Defendant. | No. 3:14-cv-05237-EMC (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

The district court has referred a discovery letter to the undersigned. (*See* ECF No. 65.) The court will review it and evaluate whether further proceedings are necessary, including any further briefing or argument. Going forward, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint-letter brief with information about any unresolved disputes. If counsel cannot navigate the filing of a joint letter brief, they may schedule a short case management conference call through courtroom deputy Lashanda Scott. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: September 29, 2015

                                                          LAUREL BEELER<br>
                                                          United States Magistrate Judge