DOUGLAS H. WIGDOR (NY SBN 2609469)
JEANNE M. CHRISTENSEN (NY SBN 2622124)
ELIZABETH J. CHEN (NY SBN 5126214)
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845

ERIC F. YUHL (SBN 102051)
COLIN A. YUHL (SBN 259196)
**YUHL CARR LLP**
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Tel.: (310) 827-2800
Fax: (310) 827-4200

Attorneys for Plaintiffs,
**HYEJIN LEE, RUIQI YE, YOLIN HAN**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYEJIN LEE, RUIQI YE and YOLIN HAN, individually and on behalf of all other similarly-situated individuals,<br>         Plaintiffs,<br><br>    v.<br><br>SEPHORA USA, INC.,<br>         Defendant. | Case No.: 3:14-cv-05237-EMC-LB |

### **STIPULATION AND PROPOSED ORDER**

It is hereby stipulated, by and between Plaintiffs Hyejin Lee, Ruiqi Ye and Yolin Han ("Plaintiffs") and Defendant Sephora USA, Inc. ("Defendant") that:

1.      Plaintiffs' deadline to file their class certification motion is extended from June 16, 2016 to September 16, 2016;

2. Defendant's deadline to serve opposition papers in connection with Plaintiffs' class certification motion is therefore extended from July 7, 2016 to October 7, 2016;

3. Plaintiffs' deadline to serve reply papers in connection with their class certification motion is therefore extended from July 21, 2016 to October 21, 2016; and

4. The remaining discovery and motion practice deadlines, as well as the trial date, are extended three months in conformity with the class certification briefing.

Dated: May 27, 2016
San Francisco, CA

                    Respectfully submitted,

                    WIGDOR LLP

By: */s/ Jeanne M. Christensen*
    Douglas H. Wigdor
    Jeanne M. Christensen
    Elizabeth J. Chen

85 Fifth Avenue
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
dwigdor@wigdorlaw.com
jchristensen@wigdorlaw.com
echen@wigdorlaw.com

YUHL CARR LLP

    Colin A. Yuhl
    Eric F. Yuhl

4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Telephone: (310) 827-2800
Facsimile:   (310) 827-4200
cyuhl@yuhlcarr.com
eyuhl@yuhlcarr.com

*Counsel for Plaintiffs*

---

*Lee et al. v. Sephora USA, Inc., et al.*         2          *Stipulation and Proposed Order*
                                                                          Case No. 3:14-cv-05237-EMC-LB

| | |
|---|---|
| 1 | BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP |
| 2 | |
| 3 | By: */s/ Shermin Kruse* |
| 4 | Robert E. Shapiro |
| | Shermin Kruse |
| 5 | Joshua W. Mahoney |
| 6 | 200 W. Madison Street, Suite 3900 |
| 7 | Chicago, IL 60606 |
| | Telephone: (312) 984-3100 |
| 8 | Facsimile: (312) 984-3150 |
| | rob.shapiro@bfkn.com |
| 9 | shermin.kruse@bfkn.com |
| 10 | joshua.mahoney@bfkn.com |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | |
| 13 | |
| | By: */s/ Andrew R. Livingston* |
| 14 | Andrew R. Livingston |
| 15 | Kathryn G. Mantoan |
| 16 | The Orrick Building |
| | 405 Howard Street |
| 17 | San Francisco, CA 94105-2669 |
| 18 | Telephone: (415) 773-5700 |
| | Facsimile: (415) 773-5759 |
| 19 | alivingston@orrick.com |
| | kmantoan@orrick.com |
| 20 | |
| 21 | *Counsel for Defendant* |

*Lee et al. v. Sephora USA, Inc., et al.*     3     *Stipulation and Proposed Order*
Case No. 3:14-cv-05237-EMC-LB

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYEJIN LEE, RUIQI YE and YOLIN HAN, individually and on behalf of all other similarly-situated individuals,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>SEPHORA USA, INC. and LVMH MOET HENNESSY LOUIS VUITTON, INC.,<br>　　　　Defendants. | Case No.: 3:14-cv-05237-EMC-LB<br><br>**[PROPOSED] ORDER** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the deadline for Plaintiffs to file their class certification motion in this matter is hereby extended from June 16, 2016 to September 16, 2016.

**IT IS FURTHER ORDERED** that the deadline for Defendant to serve opposition papers in connection with Plaintiffs' class certification motion is therefore hereby extended from July 7, 2016 to October 7, 2016.

**IT IS FURTHER ORDERED** that the deadline for Plaintiffs to serve reply papers in connection with their class certification motion is therefore hereby extended from July 21, 2016 to October 21, 2016.

**IT IS FURTHER ORDERED** that the remaining deadlines in the case, including discovery and motion deadlines, as well as the trial date, are extended three months in conformity with the class certification briefing.

Date: ~~May __, 2016~~

　　Denied.  See Docket #104

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. E[...]
　　　　　　　　　　　　　　　　　　　　United [States District Judge]
　　　　　　　　　　　　　　　　　　　　Northern District of California

*[DENIED stamp — Judge Edward M. Chen]*

*Lee et al. v. Sephora USA, Inc., et al.*　　　　4　　　　*Stipulation and Proposed Order*
　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:14-cv-05237-EMC-LB