# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYEJIN LEE, RUIQI YE and YOLIN HAN, individually and on behalf of all other similarly-situated individuals,<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>SEPHORA USA, INC.,<br>　　　　Defendant. | Case No.: 3:14-cv-05237-EMC<br><br>**[PROP~~OS~~ED] ORDER** |

**PURSUANT TO THE DECLARATION OF JEANNE M. CHRISTENSEN, DATED JULY 11, 2016, IT IS SO ORDERED** that Hyejin Lee is hereby withdrawn as a named plaintiff in the above-captioned action.

Date: July 11, 2016



_____
Hon. Edward M. Chen
United States District Court Judge
Northern District of California