DOUGLAS H. WIGDOR (NY SBN 2609469)
JEANNE M. CHRISTENSEN (NY SBN 2622124)
ELIZABETH J. CHEN (NY SBN 5126214)
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845

ERIC F. YUHL (SBN 102051)
COLIN A. YUHL (SBN 259196)
**YUHL CARR LLP**
4676 Admiralty Way, Suite 550
Marina Del Rey, CA 90292
Tel.: (310) 827-2800
Fax: (310) 827-4200

Attorneys for Plaintiffs,
**RUIQI YE, YOLIN HAN**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUIQI YE and YOLIN HAN, individually and on behalf of all other similarly-situated individuals,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SEPHORA USA, INC.,<br>　　　　　Defendant. | Case No.: 3:14-cv-05237-EMC-LB |

**STIPULATION AND PROPOSED ORDER**

It is hereby stipulated, by and between Plaintiffs Ruiqi Ye and Yolin Han and Defendant Sephora USA, Inc. ("Sephora") that:

1.　　The Class Certification Motion Hearing is set for September 8, 2016 at 1:30 p.m.;

---

2. Following the August 24, 2016 Settlement Conference, the parties have reached a settlement in principle; and

3. The Class Certification Motion Hearing is continued from September 8, 2016, to October 27, 2016.

Dated: August 31, 2016
      New York, NY

                                                     Respectfully submitted,

                                                     WIGDOR LLP

                                                     By: __/s Jeanne M. Christensen_____
                                                            Douglas H. Wigdor
                                                            Jeanne M. Christensen
                                                            Elizabeth J. Chen

                                                   85 Fifth Avenue
                                                 New York, NY 10003
                                                 Telephone:  (212) 257-6800
                                                 Facsimile:   (212) 257-6845
                                                 dwigdor@wigdorlaw.com
                                                 jchristensen@wigdorlaw.com
                                                 echen@wigdorlaw.com

                                                 YUHL CARR LLP

                                                           Colin A. Yuhl
                                                           Eric F. Yuhl

                                                 4676 Admiralty Way, Suite 550
                                                 Marina Del Rey, CA 90292
                                                 Telephone: (310) 827-2800
                                                 Facsimile:   (310) 827-4200
                                                 cyuhl@yuhlcarr.com
                                                 eyuhl@yuhlcarr.com

                                                 *Counsel for Plaintiffs*

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP


By:   s/ Robert E. Shapiro
     Robert E. Shapiro
     Shermin Kruse
     Joshua W. Mahoney

200 W. Madison Street, Suite 3900
Chicago, IL 60606
Telephone:  (312) 984-3100
Facsimile:   (312) 984-3150
rob.shapiro@bfkn.com
shermin.kruse@bfkn.com
joshua.mahoney@bfkn.com

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   s/ Andrew R. Livingston
     Andrew R. Livingston
     Kathryn G. Mantoan

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759
alivingston@orrick.com
kmantoan@orrick.com

*Counsel for Defendant*

---

*Ye et al. v. Sephora USA, Inc., et al.*     3     *Stipulation and Proposed Order*
Case No. 3:14-cv-05237-EMC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUIQI YE and YOLIN HAN, individually and on behalf of all other similarly-situated individuals,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>SEPHORA USA, INC.,<br>　　　　Defendant. | Case No.: 3:14-cv-05237-EMC-LB<br><br>**[PROPOSED] ORDER** |

　　　**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Class Certification Motion Hearing is extended by a period of six weeks from September 8, 2016, to ~~October 27, 2016~~. November 3, 2016 at 1:30 p.m.  Further status is reset from September 8, 2016 to November 3, 2016 at 1:30 p.m.

Date: ~~August __, 2016~~

_____
Hon. Edward M. Chen
United States District Court Judge
Northern District of California


IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen