# Exhibit 4

REDACTED

REDACTED
**Sent:** Monday, June 27, 2016 12:50 PM
**To:** Jeanne M. Christensen
**Subject:** Re: Retainer, agreement

I have seen and agree to conditions of the agreement.  Thank you,  REDACTED

On 27 June 2016 at 10:14, Jeanne M. Christensen <JChristensen@wigdorlaw.com> wrote:


**PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION**


REDACTED

REDACTED

A retainer agreement is imbedded. You can execute the document electronically by completing the following:

(1)      Select "reply" to this e-mail [as you normally would if you were sending a reply to an e-mail]; and

(2)      Type "I agree" in the body of the email and select "send."

REDACTED

As explained to you, our fees for professional services rendered will be calculated based upon our standard billing rates of $850.00 per hour for partners' time, between $350.00 - $650.00 per hour for Of Counsel/associates' time (depending on seniority), and $180.00 per hour for paralegals' time, for all hours worked on your matter.  These rates are subject to increase upon reasonable notice.  This fee calculation does not include out-of-pocket costs and office charges incurred as a result of the engagement.  In addition to legal fees that are paid and regardless of the outcome of the matter, you will be obligated to pay all customary out-of-pocket costs, disbursements and office charges incurred as a result of the engagement, including filing fees, court reporter and transcript fees, expert and consultant fees and expenses, document copying costs, postage, messenger and overnight courier costs, computerized legal research costs, word processing costs, travel costs, parking and other expenses incurred while away from our office on your business.

REDACTED

REDACTED

REDACTED

I agree that my electronic signature as set forth below is valid and binding.

Sincerely,

**_/s/Jeanne M. Christensen_**

Jeanne M. Christensen

REDACTED