# Exhibit 8

To: <<class member email address>>
From: Settlement Administrator
Re: LEGAL NOTICE OF SETTLEMENT OF CLASS ACTION
-----------------------------------------------------------------------------------
This email is intended for: <<Claimant Name>>
Claim ID: <<DAHLID>>
-----------------------------------------------------------------------------------
NOTICE OF PENDING CLASS ACTION AND NOTICE OF PROPOSED SETTLEMENT
*Ye, et al. v. Sephora USA, Inc.*, United States District Court for the Northern District of California, Case No. 3:14-cv-05237
-----------------------------------------------------------------------------------

**You are receiving this e-mail because in November 2014 you may have had an online account at Sephora with an associated email address from one the following email service providers: @qq.com, @126.com or @163.com.  The Net Settlement Proceeds will be distributed among all eligible Settlement Class Members who submit claim forms, up to a maximum of $125 in cash or $250 in a gift card per person.  The total amount you recieve depends on the number of Settlement Class Members who submit claims forms.**

**Why did I get this notice?**  A settlement ("Settlement") has been proposed in a class action lawsuit pending in the Northern District of California ("Court") entitled *Ye, et al. v. Sephora USA, Inc.* (the "Action").  According to available records, you might be a "Class Member."  The purpose of this notice is to inform you of the Action and the Settlement so that you may decide what steps to take in relation to it.

**What is the Action about?**  The Action was filed against Sephora alleging it discriminatorily deactivated from its website thousands of customers in the U.S. whose customer accounts had email addresses with China-based service providers: @qq.com, @126.com and @163.com.  The Action alleges that Sephora prevented these users from participating in the annual 20% discount sale available to VIB and VIB Rouge customers scheduled to begin on November 6, 2014 (the "VIB Sale").  Sephora denies wrongdoing and liability, and no court or other entity has made any judgment or other determination of any liability.

**Am I a Class Member?**  You are a "Class Member" if as of November 4, 2014, you (i) had an active VIB or VIB Rouge account as of November 4, 2014 that was associated with an email address from @qq.com, @126.com or @163.com, (ii) had your account deactivated on or about November 6, 2014, and (iii) attempted to but were unable to make a purchase at ww.sephora.com using their "Beauty Insider" account(s) at some point in November 2014.

**What relief does the Settlement provide?** If you are a Class Member, you are eligible to receive your choice of either a cash payment or an electronic gift card.  The amount of the Settlement Benefit an Authorized Claimant will receive will be determined on a *pro rata* basis, based on the total amount of the Net Settlement Proceeds to be allocated among all Authorized Claimants, the total number of Authorized Claimants, and the number of Claims Forms submitted.  An Authorized Claimant who selects to receive a Sephora electronic gift card will receive a *pro rata* amount twice what each Authorized Claimant who selected cash will receive. The Settlement Benefits are capped at $125.00 in cash or $250.00 in a Sephora electronic gift

card per Authorized Claimant.  To be considered eligible, you must timely complete a valid Claim Form.  A Claim Form is available by clicking **HERE** or on the Internet at the **Settlement website** www. beautyinsidersettlement.com.  The deadline to submit a Claim Form either electronically or by mail to the address listed below is [TBD], 2017.

**What are my other options?**   If you do not want to be legally bound by the Settlement, you must exclude yourself by [TBD], 2017, or you will be releasing Sephora from any liability with the Action and you cannot sue Sephora for the legal claims in the Action in the future.  The full terms of the release are described more fully in the Settlement website available **HERE**.  If you exclude yourself, you cannot receive any money from this Settlement if it is approved.  A form to exclude yourself is available **HERE** or @ www.beautyinsidersettlement.com.

If you choose to remain a part of the Settlement, but object to its terms before the Final Approval Hearing, you may either file an objection at [to be inserted], or file a notice of your intent to appear and object at the Final Approval Hearing at the time and place listed below in this Notice.  However, if the Court rejects your objection and approves the Settlement, you will be bound by the terms of the Settlement.  Each objection shall be accompanied by submission of a Claim Form and shall provide a detailed statement of any objection asserted and for requesting the opportunity to appear and be heard at the Final Approval Hearing.  You may appear in person or through a legal representative.  The Court will hold a Final Approval Hearing on the proposed Settlement on _____ at _____, at Courtroom 5, United States District Court, Northern District of California, 450 Golden Gate Avenue, 17th Floor, San Francisco CA 94102.

To be valid and effective, the Claims Administrator must receive objections and/or notices of intent to appear at the hearing no later than [to be inserted but no more than 45 days after this Notice is sent].

If you do not want to participate in this Settlement, you must submit a Request for Exclusion form (insert Link to the form) to the Claims Administrator within the Claim Period setting forth your name and a statement that you request exclusion from the class and do not wish to participate in the settlement.  This form can be accessed also on (insert website).  You may write to the Claims Administrator at the address below.  Any Class Member who submits a timely and valid Request for Exclusion shall not be an Authorized Claimant and shall not have standing to object to or otherwise contest the Settlement.  If you do not exclude yourself, you will be bound by the terms of the Settlement.

**More information?**  For complete information about the Settlement, to view the Settlement Agreement, Court documents and Forms, and to learn more about how to exercise your various options under the Settlement, visit www.sephorasettlement.com.  If your web-browser is preventing the hyperlink in this paragraph from working, enter the URL address manually into your browser.  You may also write to the Settlement Administrator at: Sephora Claims Administrator c/o Dahl Administration, P.O. Box 3614, Minneapolis, MN 55403-0614.

This is an automatically generated email. Please do not reply to this message. Please send email inquiries to: mail@beautyinsidersettlement.com.