
1 | DOUGLAS H. WIGDOR (NY STATE BAR NO. 2609469)
2 | DAVID E. GOTTLIEB (NY STATE BAR NO. 4415568)
JEANNE M. CHRISTENSEN (NY STATE BAR NO. 2622124)
3 | ELIZABETH J. CHEN (NY STATE BAR NO. 5126214)
(admitted *pro hac vice*)
WIGDOR LLP
4 | 85 Fifth Avenue
New York, NY 10003
5 | Telephone:   +1-212-257-6800
Facsimile:   +1-212-257-6845

Attorneys for Plaintiffs

ROBERT E. SHAPIRO (IL STATE BAR NO. 03125180)
SHERMIN KRUSE (IL STATE BAR NO. 6277702)
KRISTA N. NELSON (IL STATE BAR NO. 6317651)
(admitted *pro hac vice*)
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
200 W. Madison Street, Suite 3900
Chicago, IL 60606
Telephone:   +1-312-984-3100
Facsimile:   +1-312-984-3150

Attorneys for Defendant

Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYEJIN LEE, RUIQI YE and YOLIN HAN, individually and on behalf of all other similarly-situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SEPHORA USA, INC.,<br><br>Defendant. | Case No. 3:14-cv-05237-EMC<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND P~~ROPOSED~~ ORDER GRANTING AN EXTENSION OF TIME FOR PARTIES TO FILE REVISED ORDER GRANTING PRELIMINARY APPROVAL** |

1  Additional counsel for Defendants

2  ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
   KATHRYN G. MANTOAN (STATE BAR NO. 239649)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, California  94105-2669
5  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION AND PROPOSED ORDER

Plaintiffs Ruiqi Ye and Yolin Han and Defendant Sephora USA, Inc. ("Sephora") respectfully stipulate, and request that the Court agree, to extend the deadline for filing the parties' revised proposed order granting preliminary approval of the class action settlement to January 26, 2017. *See* Dkt. No. 146.  This stipulation and request is made on the grounds that Sephora is still addressing process issues related to an accounting of unused gift card value upon the expiration of such gift cards.

Respectfully submitted,

Dated: January 23, 2017            WIGDOR  LLP


By: */s/ Elizabeth J. Chen (as authorized 1/23/17)*
ELIZABETH J. CHEN
Attorneys for Plaintiffs

Dated: January 23, 2017            ORRICK, HERRINGTON & SUTCLIFFE  LLP


By: */s/ Andrew R. Livingston*
ANDREW R. LIVINGSTON
Attorneys for Defendant Sephora USA, Inc.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/24/17

IT IS SO ORDERED
Judge Edward M. Chen

- 1 -