DOUGLAS H. WIGDOR (NY SBN 2609469)
JEANNE M. CHRISTENSEN (NY SBN 2622124)
ELIZABETH J. CHEN (NY SBN 5126214)
(All admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845

JAMIE C. COUCHE (SBN 252001)
**ANDERSON & POOLE, P.C.**
601 California Street, Suite 1300
San Francisco, CA 94108
Telephone: (415) 956-6413
Facsimile: (415) 956-6416

Attorneys for Plaintiffs,
**RUIQI YE, YOLIN HAN**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUIQI YE and YOLIN HAN, individually and on behalf of all other similarly-situated individuals, <br><br>           Plaintiffs, <br><br> v. <br><br> SEPHORA USA, INC., <br>           Defendant. | Case No.: 3:14-cv-05237-EMC-LB |

### STIPULATION AND PROPOSED ORDER

It is hereby stipulated, by and between Plaintiffs Ruiqi Ye and Yolin Han and Defendant Sephora USA, Inc. ("Sephora") that:

1.  Pursuant to the Court's Order preliminarily approving the settlement in this Action (Dkt. No. 161), the Final Approval Hearing is scheduled for May 25, 2017 at 1:30 p.m.;

---

*Ye et al. v. Sephora USA, Inc., et al.*     1     *Stipulation and Proposed Order*
                                                    Case No. 3:14-cv-05237-EMC

2. The deadline for Plaintiffs to submit a Motion for Final Approval of Settlement and for Entry of the Judgment and Order of Dismissal, and a Motion for Approval of Class Counsel's Fees and Expenses is set for March 15, 2017, three weeks prior to the close of the Claim Period;

3. These deadlines were due to a typographical error and thus should be as follows:

    a. The Motion for Approval of Class Counsel's Fees and Expenses is due on March 15, 2017;

    b. The Motion for Final Approval of Settlement and for Entry of the Judgment and Order of Dismissal is hereby continued to May 4, 2017, three weeks prior to the Final Approval Hearing.

Respectfully submitted,

Dated: February 2, 2017    WIGDOR LLP

By: /s/ Elizabeth J. Chen
ELIZABETH J. CHEN
Attorneys for Plaintiffs

Dated: February 2, 2017    BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP

By: /s/ Shermin Kruse (as authorized 2/2/17)
SHERMIN KRUSE
Attorneys for Defendant Sephora USA, Inc.

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 3, 2017

**DENIED**
Judge Edward M. Chen
United States District Court
Northern District of California

*Ye et al. v. Sephora USA, Inc., et al.*    2